UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAUN GOODHEIM,<br><br>                    Plaintiff,<br>       v.<br><br>WILLIAM GITTERE, *et al.*<br><br>                    Defendants. | Case No. 3:21-cv-00175-MMD-WGC<br><br>ORDER |

Plaintiff Shaun Goodheim has filed a notice of change of address. (ECF No. 10.) In his notice, Goodheim states that he is "back in custody," and he asks to continue this case. (*Id.*) However, the Court dismissed this case without prejudice on November 9, 2021, due to Goodheim's failure to file an updated address. (ECF No. 7.) Accordingly, if Goodheim wishes to pursue his claims, he must do so in a new case.

It is therefore ordered that the Clerk of Court send Goodheim a courtesy copy of the order dismissing this case. (ECF No. 7.)

It is further ordered that if Goodheim wishes to pursue his claims, he must do so in a new case.

DATED THIS 29th Day of March 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE